McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
LAURA E. FRIEDMAN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVELINE V. DELOSREYES, and ) <br> BHEL L. LABANIEGO, ) <br> ) <br> Defendants. ) | CR. NO. S-06-433   DAD <br><br> STIPULATION AND ORDER <br><br> DATE: December 26, 2006 <br> TIME: 10:00 A.M. <br> JUDGE: Hon. Dale A. Drozd |

The defendants, Eveline V. Delosreyes and Bhel L. Labaniego, through their undersigned attorneys, and the United States, through its undersigned attorney, agree and stipulate that the trial confirmation hearing currently scheduled for December 26, 2006, at 10:00 a.m. and the jury trial currently scheduled for January 8, 2007, at 9:00 a.m., should be vacated, and a status conference should be scheduled for Tuesday, January 16, 2007, at 10:00 a.m.

The government is requesting the continuance of the trial date because an essential government witness, Airman First Class Richard Taste, has been deployed overseas and will be unavailable on the current trial date.  It is appropriate to set a status

1

1 date, rather than a new trial date, because the government has
2 been unable to ascertain the exact return date of A1C Taste.
3 Additionally, the parties continue negotiations in a good faith
4 attempt to resolve this matter.
5   Further, the parties agree that under the Speedy Trial Act,
6 Title 18, United States Code, Section 3161, time should be
7 excluded through the status conference, under subsection
8 (h)(3)(A)(B) of the Code, also known as local code M, for
9 unavailability of an essential witness.

10 DATED: December 19, 2006           McGREGOR W. SCOTT
                                      United States Attorney

                                  By: /s/ Matthew Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

13 DATED: December 19, 2006           DANIEL J. BRODERICK
14                                    Federal Defender

15                                By: /s/ Tara I. Allen
                                      TARA I. ALLEN
16                                    Attorney for Defendant
                                      Eveline V. Delosreyes

17 DATED: December 19, 2006           /s/ Olaf W. Hedberg
18                                    OLAF W. HEDBERG
                                      Attorney for Defendant
19                                    Bhel L. Labaniego

**ORDER**

22   For the reasons stated above, I find that the United States
23 needs to vacate the trial confirmation hearing and jury trial
24 dates due to the unavailability of an essential witness and set a
25 status conference.  I find that the ends of justice warrant an
26 exclusion of time, and the need for the jury to hear all relevant
27 testimony exceeds the public interest in a trial within 70 days.
28 Time is excluded under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(3)(A)(B), until the status conference date of January 16, 2007.

DATED: December 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/delosreyes0433.stipord