McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-433 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S PETITION FOR |
| | ) | PROBATION REVOCATION AND ORDER |
| v. | ) | |
| | ) | |
| EVELINE V. DELOSREYES, | ) | DATE: Aug. 21, 2007 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | COURT: Hon. Dale A. Drozd |
| _____ | ) | |

On January 30, 2007, the defendant, EVELINE V. DELOSREYES, pled guilty to the following offense:

       1.   Theft of Government Property, in violation of Title 18, United States Code, Section 641, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

On April 10, 2007, among other things, the defendant was given the following sentence by United States Magistrate Judge Dale A. Drozd:

       1.   The defendant shall pay a fine of five-hundred ($500) dollars, due immediately.

///

1

      2.    The defendant shall pay a twenty-five ($25) dollar special assessment, due immediately.

      3.    The defendant shall serve a one-year term of court probation, to terminate upon payment of fine and special assessment.

The United States alleges that the defendant has violated these conditions as follows:

      1.    The defendant has failed to make any payments toward the special assessment or the fine.

The United States therefore petitions this Court to place this matter on its calendar for 10:00 a.m. on August 21, 2007, to allow the defendant to show cause why the probation granted on April 10, 2007, should not be revoked.

DATED: July 16, 2007                Respectfully Submitted,

                                     McGregor W. Scott
                                     United States Attorney

                         By:  /s/Matthew C. Stegman
                              Matthew C. Stegman
                              Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the defendant appear on August 21, 2007, at 10:00 a.m., to show cause why the probation granted on April 20, 2007, should not be revoked.

IT IS SO ORDERED

DATED: July 23, 2007.

                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/delosreues0433.ord